1124.7526E:CMR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| NOREEN A. CERAULO ) | No. 17-00882 |
| ) | Honorable A. Benjamin Goldgar |
| Debtor ) | Chapter 13 |

### NOTICE OF FILING

TO:   Glenn B. Stearns, *Trustee*, 801 Warrenville Road, Suite 650, Lisle, IL 60532 – *via electronic notice through ECF notification*
Patrick S. Layng, *U.S. Trustee*, Office of the U.S. Trustee, Region 11, 219 South Dearborn Street, Room 873, Chicago, IL 60604 – *via electronic notice through ECF notification*
David M. Siegel, *Attorney for Debtor*, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090 – *via electronic notice through ECF notification*
Noreen A. Ceraulo, *Debtor*, 490 Lagoon Ct., Fox Lake, IL 60020 – v*ia Regular U.S. Mail*

YOU ARE HEREBY NOTIFIED that on the 2nd day of October 2019, there was filed with the Clerk of Court of the United States Bankruptcy Court of the Northern District of Illinois – Eastern Division, Notice of Withdrawal on behalf of Creditor, Andigo Credit Union f/k/a Motorola Employees Credit Union, a copy of which is attached hereto.

By:   /s/ Christine M. Ryan
Christine M. Ryan, Attorney for Creditor
Andigo Credit Union

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record named above.

And I hereby certify that I have mailed by United States Postal Service, Regular Mail, and the documents to the following non-CM/ECF participant: Noreen A. Ceraulo, *Debtor*, 490 Lagoon Ct., Fox Lake, IL 60020.

/s/ Christine M. Ryan
Christine M. Ryan (#6276787)
Attorney for Creditor Andigo Credit Union
Esp Kreuzer Cores LLP
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630/871-1002 ● 630/871-0224 fax
cryan@ekclawfirm.com

1124.7526E:CMR

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| NOREEN A. CERAULO ) | No. 17-00882 |
| ) | Honorable A. Benjamin Goldgar |
| Debtor ) | Chapter 13 |

## NOTICE OF WITHDRAWAL

NOW COMES Creditor, ANDIGO CREDIT UNION f/k/a MOTOROLA EMPLOYEES CREDIT UNION, requesting that this Honorable Court withdraws its Proofs of Claim filed as Claim No. 3 and Claim No. 4 on February 10, 2017.

Dated: October 2, 2019

Respectfully submitted,

/s/ Christine M. Ryan
Christine M. Ryan
ESP KREUZER CORES LLP
Attorney for Creditor
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630/871-1002
630/871-0224 fax
cryan@ekclawfirm.com
ARDC # 6276787